FORM ostatcgc

FORM ostatcgc

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:  Case No.: 2:09−bk−30000−CGC

LAW OFFICES OF DONALD W. HUDSPETH, P.C.  Chapter: 11
3030 N CENTRAL AVE STE 604
PHOENIX, AZ 85012−2713
**SSAN:**
**EIN:** 86−0783172

Debtor(s)

## NOTICE AND ORDER SETTING CHAPTER 11 STATUS CONFERENCE AND PROVIDING FOR THE FILING OF A PRE−CONFERENCE AND PROVIDING FOR THE DISMISSAL IF NO REPORT IS FILED

A. Pursuant to 11 U.S.C. § 105(d), a status conference will be held on 12/22/09 at 03:30 PM at the **U.S. Bankruptcy Court**, 230 N. First Avenue, 6th Floor, Courtroom 601, Phoenix, AZ. The Debtor−in−Possession ("Debtor"), or an authorized representative of Debtor, and counsel for Debtor shall be present at this status conference and shall be prepared to discuss and/or resolve, at the Court's direction, the following issues:

   1. The nature of the Debtor's operations and the factors leading to the filing of a Chapter 11.
   2. Whether any professionals have been or will be employed by the Debtor.
   3. Any unique issues regarding secured debt, employees, executory contracts, cash collateral, existing management and/or equity owners.
   4. A deadline for the filing of a plan and disclosure statement.
   5. A deadline for the filing of proofs of claims and interests.
   6. The status of Debtor's post−petition operations.
   7. The status of any litigation involving the Debtor.

B. The Court requires the filing of a report that addresses the nature of Debtor's business, an outline of the proposed Chapter 11 Plan, timing of filing the plan together with the other issues outlined in the Order. Debtor shall have 7 (Seven) days within which to file and serve a copy of the initial report. In the event the report is not filed the initial 105(d) status hearing will be vacated and the Chapter 11 case will be subject to dismissal.

– – – ORDER CONTINUES ON NEXT PAGE – – –

C. The Debtor is directed to mail a copy of this Notice and Order to all creditors and parties in interest no less than 23 days prior to the status conference and to file a certificate of mailing with the Clerk of the Court. The scope of the notice required by this Order may be modified upon good cause shown by the Debtor.

**Date:** November 20, 2009                                         BY THE COURT

**Address of the Bankruptcy Clerk's Office:**          <u>HONORABLE Charles G. Case II</u>
U.S. Bankruptcy Court, Arizona                                 United States Bankruptcy Judge
230 North First Avenue, Suite 101
Phoenix, AZ 85003–1727
Telephone number: (602) 682–4000
www.azb.uscourts.gov