Andrew M. Ellis, SBA 018326
**PAK & MORING, PLC**
8930 E Raintree Dr Ste 100
Scottsdale AZ 85260
Telephone 480.444.9999
Andrew@pakmoring.com
Proposed Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: <br><br> LAW OFFICES OF DONALD W. HUDSPETH, P.C., <br><br> Debtor. | Chapter 11 <br><br> Case No. 2:09-bk-30000-CGC <br><br> **ATTORNEY DISCLOSURE STATEMENT PURSUANT TO RULE 2016(b) AND U.S.C. § 329(a)** |

    The law firm of Pak & Moring, PLC ("Firm"), by Andrew M. Ellis ("Counsel"), hereby submits its disclosure statement pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), and states as follows:

    1.    Neither the Firm nor Counsel have shared nor agreed to share any compensation with any person or entity other than distributions among members of this law firm.

    2.    The Debtor has agreed to compensate the Firm according to the hourly rates normally and customarily charged to its clients, subject to Court approval. The hourly rates agreed to are the Firm's rates for like matters, and are reasonable and consistent with market rates in the District of Arizona.

        a.    The Firm will be paid at the following rates:

                $250/hr       Andrew M. Ellis

                $160-$395/hr   other Firm attorneys

                $85-$150/hr    Firm paralegals

        b.    All out-of-pocket costs and expenses will be reimbursed by the Debtor.

    3.    The Firm received a pre-petition retainer in the amount of $1,724.00 for bankruptcy consulting and pre-petition services. According to representatives of the Debtor, the source of the

1 | funds was the Debtor. The retainer of $1,724.00 was placed in the Firm's trust account.

2 |     4.    Up until the date of filing the Chapter 11 petition, Counsel withdrew $1,724.00 from the retainer, representing $685.00 for pre-petition services performed for the Debtor and $1,039 for the required filing fee to the Bankruptcy Court. There is no remaining balance of the retainer in the Firm's trust account.

    5.    Counsel received a list of creditors and interested parties from the Debtor prior to filing the Chapter 11 petition and after reviewing for conflicts is informed and believed that it does not represent any interest adverse to the Debtor or the Debtor's estate.

    6.    Counsel and the Firm believe and assert that they are a disinterested person within the meaning of 11 U.S.C. § 327(a) and 11 U.S.C. § 101(14) and that the Firm is not a creditor of the Debtor.

    7.    In connection with this case, Counsel discloses that the Firm has no interest adverse to the interest of the Debtor and has no relation to any creditor of this estate.

**CERTIFICATION**

Counsel, under penalty of perjury, certifies that the foregoing is a complete statement of any agreement or arrangement for payment to this law firm for representation of the Debtor in this bankruptcy proceeding.

DATED: November 29, 2009.

          /S/ AME018326
          Andrew M. Ellis

FOREGOING filed electronically with the United States Bankruptcy Court, District of Arizona, on November 29, 2009, with a COPY of the foregoing e-mailed or mailed this same date to:

U.S. Trustee's Office
230 N First Ave Ste 204
Phoenix AZ 85003
USTPRegion14.PX.ECF@USDOJ.GOV

By: /s/ Clare Y. Green