B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Arizona

In re **Law Offices of Donald W. Hudspeth, P.C.**           Case No. **2-09-bk-30000-CGC**
                                    Debtor(s)               Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| AICCO INC.<br>777 S FIGUEROA ST FL 14<br>LOS ANGELES, CA 90017-5800 | AICCO INC.<br>777 S FIGUEROA ST FL 14<br>LOS ANGELES, CA 90017-5800 | UNPAID INSURANCE POLICY PREMIUMS | | 4,804.55 |
| AMERICAN EXPRESS<br>PO BOX 7871<br>FORT LAUDERDALE, FL 33329-7871 | AMERICAN EXPRESS<br>PO BOX 7871<br>FORT LAUDERDALE, FL 33329-7871 | CREDIT CARD PURCHASES | | 3,994.85 |
| AZ DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT FIELD 1011<br>1600 W MONROE ST 7TH FLOOR<br>PHOENIX, AZ 85007-2612 | AZ DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT FIELD 1011<br>1600 W MONROE ST 7TH FLOOR<br>PHOENIX, AZ 85007-2612 | WITHHOLDING TAXES | | 1,468.54 |
| BAMFORD REPORTING SERVICE, INC.<br>4105 N 20TH ST STE 135<br>PHOENIX, AZ 85016-6011 | BAMFORD REPORTING SERVICE, INC.<br>4105 N 20TH ST STE 135<br>PHOENIX, AZ 85016-6011 | COURT REPORTING SERVICES | | 1,089.43 |
| BANK OF AMERICA<br>PO BOX 53100<br>PHOENIX, AZ 85072-3100 | BANK OF AMERICA<br>PO BOX 53100<br>PHOENIX, AZ 85072-3100 | CREDIT CARD PURCHASES | | 31,115.35 |
| BANK OF AMERICA NA (USA)<br>PO BOX 2278<br>NORFOLK, VA 23501-2278 | BANK OF AMERICA NA (USA)<br>PO BOX 2278<br>NORFOLK, VA 23501-2278 | CREDIT CARD PURCHASES | | 20,479.51 |
| BILTMORE LEGAL CONSULTANTS INC<br>1850 N CENTRAL AVE STE 220<br>PHOENIX, AZ 85004 | BILTMORE LEGAL CONSULTANTS INC<br>1850 N CENTRAL AVE STE 220<br>PHOENIX, AZ 85004 | LEGAL PLACEMENT SERVICES | | 7,500.00 |
| BUDD ACCOUNTING AND TAX SERVICES, INC.<br>6730 S FOUR PEAKS PL<br>CHANDLER, AZ 85249-9133 | BUDD ACCOUNTING AND TAX SERVICES, INC.<br>6730 S FOUR PEAKS PL<br>CHANDLER, AZ 85249-9133 | ACCOUNTING AND TAX SERVICES | | 500.00 |
| COUNTERS & KOELBEL, P.C.<br>7303 W BOSTON ST<br>CHANDLER, AZ 85226-3224 | COUNTERS & KOELBEL, P.C.<br>7303 W BOSTON ST<br>CHANDLER, AZ 85226-3224 | LEGAL FEES | | 3,000.00 |

B4 (Official Form 4) (12/07) - Cont.
In re **Law Offices of Donald W. Hudspeth, P.C.**                    Case No.  **2-09-bk-30000-CGC**
                                Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| DEX MEDIA WEST LLC<br>198 INVERNESS DR W<br>ENGLEWOOD, CO 80112-5202 | DEX MEDIA WEST LLC<br>198 INVERNESS DR W<br>ENGLEWOOD, CO 80112-5202 | ADVERTISING | | 40,000.00 |
| ESQUIRE<br>2700 CENTENNIAL TOWER<br>101 MARIETTA ST NW<br>ATLANTA, GA 30303-2711 | ESQUIRE<br>2700 CENTENNIAL TOWER<br>101 MARIETTA ST NW<br>ATLANTA, GA 30303-2711 | BUSINESS VENDOR DEBT | | 2,368.00 |
| HAMMERMAN & HULTGREN, P.C.<br>3101 N CENTRAL AVE STE 500<br>PHOENIX, AZ 85012-2639 | HAMMERMAN & HULTGREN, P.C.<br>3101 N CENTRAL AVE STE 500<br>PHOENIX, AZ 85012-2639 | LEGAL FEES | | 525.80 |
| HAWKINS & E-Z MESSENGER LEGAL<br>65 E PENNINGTON ST<br>TUCSON, AZ 85701-1534 | HAWKINS & E-Z MESSENGER LEGAL<br>65 E PENNINGTON ST<br>TUCSON, AZ 85701-1534 | MESSENGER SERVICES | | 1,738.10 |
| INTERNAL REVENUE SERVICE<br>PO BOX 1455574<br>STOP 8201G<br>CINCINNATI, OH 45250-5574 | INTERNAL REVENUE SERVICE<br>PO BOX 1455574<br>STOP 8201G<br>CINCINNATI, OH 45250-5574 | WITHHOLDING TAXES | | 2,102.06 |
| LEXISNEXIS<br>JOHN ROANHAUS<br>13427 NE 16TH ST STE 200<br>BELLEVUE, WA 98005-2307 | LEXISNEXIS<br>JOHN ROANHAUS<br>13427 NE 16TH ST STE 200<br>BELLEVUE, WA 98005-2307 | CASEMAP SUBSCRIPTION SERVICES | | 2,886.32 |
| PONTE GRAPHICS CO<br>PO BOX 20872<br>PHOENIX, AZ 85036-0872 | PONTE GRAPHICS CO<br>PO BOX 20872<br>PHOENIX, AZ 85036-0872 | PUBLISHING/PRINTING SERVICES | | 548.00 |
| RSM MCGLADREY INC<br>5155 PAYSPHERE CIR<br>CHICAGO, IL 60674-0051 | RSM MCGLADREY INC<br>5155 PAYSPHERE CIR<br>CHICAGO, IL 60674-0051 | ACCOUNTING SERVICES | | 3,775.00 |
| SCHNEIDER MEDIATION<br>1313 E OSBORN RD STE 100<br>PHOENIX, AZ 85014 | SCHNEIDER MEDIATION<br>1313 E OSBORN RD STE 100<br>PHOENIX, AZ 85014 | MEDIATION SERVICES | | 1,750.00 |
| THE SHELY FIRM, P.C.<br>6501 E GREENWAY PKWY # 103-406<br>SCOTTSDALE, AZ 85254-2065 | THE SHELY FIRM, P.C.<br>6501 E GREENWAY PKWY # 103-406<br>SCOTTSDALE, AZ 85254-2065 | LEGAL FEES | | 1,560.00 |
| WEST PUBLISHING CORPORATION<br>DBA THOMSON WEST<br>610 OPPERMAN DR<br>SAINT PAUL, MN 55123-1340 | WEST PUBLISHING CORPORATION<br>DBA THOMSON WEST<br>610 OPPERMAN DR<br>SAINT PAUL, MN 55123-1340 | INTERNET MARKETING SERVICES | | 62,169.10 |

**B4 (Official Form 4) (12/07) - Cont.**

In re **Law Offices of Donald W. Hudspeth, P.C.**      Case No. **2-09-bk-30000-CGC**
                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

    I, the President/CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **December 1, 2009**        Signature **/s/ Donald W. Hudspeth**
                                                                          **Donald W. Hudspeth**
                                                                          **President/CEO**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### District of Arizona

In re **Law Offices of Donald W. Hudspeth, P.C.**      Case No. **2-09-bk-30000-CGC**
                                Debtor(s)      Chapter **11**

# DECLARATION

I, the President/CEO of the corporation named as the debtor in this case, do hereby certify, under penalty of perjury, that the Master Mailing List, consisting of __5__ sheet(s), is complete, correct and consistent with the debtor(s)' schedules.

Date: **December 1, 2009**      **/s/ Donald W. Hudspeth**
                              **Donald W. Hudspeth**/**President/CEO**
                              Signer/Title

I, __**Andrew M. Ellis**__, counsel for the petitioner(s) in the above-styled bankruptcy action, declare that the attached Master Address List consisting of __5__ page(s) has been verified by comparison to Schedules D through H to be complete, to the best of my knowledge. I further declare that the attached Master Address List can be relied upon by the Clerk of Court to provide notice to all creditors and parties in interest as related to me by the debtor(s) in the above-styled bankruptcy action until such time as any amendments may be made.

Date: **December 1, 2009**      **/s/ Andrew M. Ellis**
                              Signature of Attorney
                              **Andrew M. Ellis**
                              **Andrew M Ellis**
                              **8930 E Raintree Dr Ste 100**
                              **Scottsdale, AZ 85260-7029**
                              **(480) 444-9999 Fax: (480) 308-0015**

Law Offices of Donald W. Hudspeth, P.C. - 2-09-bk-30000-CGC

INTERNAL REVENUE SERVICE
SPEC PRO MS #5014 PX
4041 N CENTRAL AVE STE 112
PHOENIX AZ 85012-3335


AZ DEPARTMENT OF REVENUE
BANKRUPTCY UNIT FIELD 1011
1600 W MONROE ST 7TH FLOOR
PHOENIX AZ 85007-2612


AICCO INC
45 E RIVER PARK PL W STE 308
FRESNO CA 93720-1565


AICCO INC.
777 S FIGUEROA ST FL 14
LOS ANGELES CA 90017-5800


AMERICAN EXPRESS
PO BOX 7871
FORT LAUDERDALE FL 33329-7871


APEX ATTORNEY SERVICES
1055 W 7TH ST STE 250
LOS ANGELES CA 90017-2577


ARIZONA OFFICE TECHNOLOGIES, INC
4320 E COTTON CENTER BLVD STE 100
PHOENIX AZ 85040-8852


AZ DEPARTMENT OF REVENUE
PO BOX 29070
PHOENIX AZ 85038-9070


BAMFORD REPORTING SERVICE, INC.
4105 N 20TH ST STE 135
PHOENIX AZ 85016-6011


BANK OF AMERICA
PO BOX 53100
PHOENIX AZ 85072-3100


BANK OF AMERICA
PO BOX 30686
LOS ANGELES CA 90030-0686

Law Offices of Donald W. Hudspeth, P.C. - 2-09-bk-30000-CGC

BANK OF AMERICA
PO BOX 25118
TAMPA FL 33622-5118

BANK OF AMERICA
PO BOX 26012
NC4-105-03-14
GREENSBORO NC 27420-6012

BANK OF AMERICA
4060 OGLETON STANT
MAIL CODE DES-019
NEWARK DE 19713

BANK OF AMERICA
PO BOX 17054
WILMINGTON DE 19884-7054

BANK OF AMERICA NA (USA)
PO BOX 2278
NORFOLK VA 23501-2278

BEALE MICHEAELS & SLACK, PC
7012 N 18TH ST
PHOENIX AZ 85020-5502

BILTMORE LEGAL CONSULTANTS INC
1850 N CENTRAL AVE STE 220
PHOENIX AZ 85004

BILTMORE LEGAL CONSULTANTS INC
1850 N CENTRAL AVE STE 1130
PHOENIX AZ 85004-4567

BUDD ACCOUNTING AND TAX SERVICES, INC.
6730 S FOUR PEAKS PL
CHANDLER AZ 85249-9133

COUNTERS & KOELBEL, P.C.
7303 W BOSTON ST
CHANDLER AZ 85226-3224

DAILY JOURNAL CORPORATION
PO BOX 54026
LOS ANGELES CA 90054-4026

Law Offices of Donald W. Hudspeth, P.C. - 2-09-bk-30000-CGC

DEX MEDIA WEST AZ
PO BOX 3766
SPOKANE WA 99220-3766

DEX MEDIA WEST LLC
198 INVERNESS DR W
ENGLEWOOD CO 80112-5202

ESQUIRE
2700 CENTENNIAL TOWER
101 MARIETTA ST NW
ATLANTA GA 30303-2711

GE CAPITAL
PO BOX 31001-0826
PASADENA CA 91110-0001

HAMMERMAN & HULTGREN, P.C.
3101 N CENTRAL AVE STE 500
PHOENIX AZ 85012-2639

HAWKINS & E-Z MESSENGER LEGAL
65 E PENNINGTON ST
TUCSON AZ 85701-1534

INTEGRITY COMMERCIAL CLEANING, LLC
PO BOX 80913
PHOENIX AZ 85060-0913

INTERNAL REVENUE SERVICE
PO BOX 1455574
STOP 8201G
CINCINNATI OH 45250-5574

LAW JOURNAL PRESS
PO BOX 18105
NEWARK NJ 07191-8105

LEXISNEXIS
JOHN ROANHAUS
13427 NE 16TH ST STE 200
BELLEVUE WA 98005-2307

Law Offices of Donald W. Hudspeth, P.C. - 2-09-bk-30000-CGC

LUPE MARIE JASSO
5102 N 31ST PL UNIT 423
PHOENIX AZ 85016-4520

NBS 3030 CENTRAL OPCO LLC
C/O WILSON PROPERTY SERVICES INC
8120 E CACTUS RD STE 300
SCOTTSDALE AZ 85260-5261

PAULSON REPORTING & LITIGATION SERVICES
PO BOX 79509
CITY OF INDUSTRY CA 91716-9509

PITNEY BOWES
PO BOX 856042
LOUISVILLE KY 40285-6042

PONTE GRAPHICS CO
PO BOX 20872
PHOENIX AZ 85036-0872

PREMIER LEGAL SOLUTIONS

RSM MCGLADREY INC
5155 PAYSPHERE CIR
CHICAGO IL 60674-0051

SCHNEIDER MEDIATION
1313 E OSBORN RD STE 100
PHOENIX AZ 85014

STAPLES CREDIT PLAN
PO BOX 9163
DES MOINES IA 50368-9163

THE SHELY FIRM, P.C.
6501 E GREENWAY PKWY # 103-406
SCOTTSDALE AZ 85254-2065

UPS
PO BOX 894820
LOS ANGELES CA 90189-4820

Law Offices of Donald W. Hudspeth, P.C. - 2-09-bk-30000-CGC

WEST PUBLISHING CORPORATION
DBA THOMSON WEST
610 OPPERMAN DR
SAINT PAUL MN 55123-1340

WEST PUBLISHING CORPORATION
C/O MOSS & BARNETT PA
90 S 7TH ST STE 4800
MINNEAPOLIS MN 55402-4119

WHITE HOUSE DESIGN STUDIO
T & I INC.
4001 N 24TH ST
PHOENIX AZ 85016-6232