Andrew M. Ellis, SBA 018326
**PAK & MORING, PLC**
8930 E Raintree Dr Ste 100
Scottsdale AZ 85260
Telephone 480.444.9999
Andrew@pakmoring.com
Proposed Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>LAW OFFICES OF DONALD W. HUDSPETH, P.C.,<br><br>Debtor. | Chapter 11<br><br>Case No. 2:09-bk-30000-CGC<br><br>**DEBTOR'S (1) APPLICATION TO EMPLOY PAK & MORING, PLC AS COUNSEL FOR THE DEBTOR AND (2) BANKRUPTCY RULE 2014(a) STATEMENT** |

The Law Offices of Donald W. Hudspeth, P.C., an Arizona professional corporation ("Debtor"), pursuant to Bankruptcy Code § 327 and Bankruptcy Rule 2014, hereby applies for an order authorizing the employment of the law firm of Pak & Moring, PLC ("Firm") to represent the Debtor. In support of this application, the Debtor represents as follows:

1. Employment of counsel is essential to the conduct of the Debtor's Chapter 11 case and to the ultimate formation of a plan of reorganization.

2. The Debtor submits that the Firm is qualified for its expertise in business reorganization proceedings and other aspects of legal work pertinent to the Debtor's reorganization efforts.

3. The Firm will be employed to render legal services for the Debtor in its capacities as debtor and debtor-in-possession. Those services include, but are not limited to:

    a. Advising management with respect to the powers and duties of the Debtor and Debtor-in-Possession;

    b. Representing the Debtor at the U.S. Trustee interview, first meeting of creditors and all Court hearings, adversary proceedings or contested maters that have been or may be filed herein;

    c. Preparing necessary applications, motions, pleadings, orders, reports and other legal papers in pursuit of the reorganization;

    d. Formulating and preparing a plan of reorganization, disclosure statement and other related documents; and

    e. Performing other legal services relating to the administration and conduct of the Debtor's estate in its efforts to reorganize.

  4. Subject to the Court's authorization of employment of the Firm, it is agreed that the Firm will charge for its professional services at its normal hourly rates for like matters of each involved partner, associate and paralegal, and that the Firm will be reimbursed for its costs incurred in representing the Debtor. The Debtor has entered into a retainer agreement with the Firm.

  5. The Retainer Agreement provides in pertinent part that:

    a. The Firm will be paid at the following rates:

     $250/hr Andrew M. Ellis

     $160-$395/hr other Firm attorneys

     $85-$150/hr Firm paralegals

    b. All out-of-pocket costs and expenses will be reimbursed by the Debtor; and

    c. A pre-petition retainer of $1,724 has been paid to the Firm and the Firm has offset its pre-petition fees and costs in the amount of $1,724.00, which includes the $1,039 filing fee paid to the Bankruptcy Court). Pos-petition fees will be paid pursuant to further Court order.

  6. The pre-petition retainer was paid to the Firm by the Debtor.

  7. The Debtor and the Firm have disclosed in the Firm's Rule 2016 Verified Statement filed concurrently herewith that the Firm has no connection with any party-in-interest in this proceeding that is adverse to the interest of the Debtor or its estate and the Firm is a "disinterested person" within the meaning of Bankruptcy Code §§ 101(14) and 327. The Firm has disclosed any connection to creditors of the Debtor.

  WHEREFORE, the Debtor respectfully requests that the Court enter its order authorizing the

1  employment of the law firm of Pak & Moring, PLC as counsel for the Debtor.
2  DATED: November 29, 2009.

3  PAK & MORING, PLC

5  By: /S/ AME018326
6  Andrew M. Ellis
   Proposed Attorneys for Debtor

8  LAW OFFICES OF DONALD W. HUDSPETH, P.C.

10 By: _____
   Donald W. Hudspeth
11 President & CEO

12 FOREGOING filed electronically with the United States Bankruptcy Court, District of Arizona, on November 29, 2009, with a COPY of the foregoing e-mailed or mailed this same date to:

13 U.S. Trustee's Office
   230 N First Ave Ste 204
14 Phoenix AZ 85003
   USTPRegion14.PX.ECF@USDOJ.GOV

16
17 By: /s/ Clare Y. Green

D:\Data\Bankruptcy\Applications\Application to Employ Counsel for Debtor.wpd November 29, 2009

3