Andrew M. Ellis, SBA #018326
PAK & MORING, PLC
8930 E Raintree Dr Ste 100
Scottsdale AZ 85260-7029
Telephone 480.444.9999
Andrew@pakmoring.com
Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| In re: | ) | Chapter 11 |
| | ) | |
| LAW OFFICES OF DONALD W. | ) | Case No. 2:09-bk-30000-CGC |
| HUDSPETH, P.C., | ) | |
| | ) | **MOTION FOR ORDER EXTENDING** |
| Debtor(s) | ) | **THE DEADLINE IN WHICH TO FILE** |
| | ) | **SCHEDULES & STATEMENTS** |

The debtor, through counsel undersigned, hereby moves for an order extending the deadline in which to file its schedules and statements. In support of its Motion, the debtor alleges as follows:

1. The debtor filed a voluntary petition in the above-captioned proceeding on November 19, 2009.

2. The debtor filed a list of creditors with the Court on December 1, 2009. The schedules and statements were due on December 4, 2009.

3. Since filing the voluntary petition, Donald W. Hudspeth, the president, chief executive officer and sole shareholder of the debtor, has been out of state and generally unavailable. He is expected to return within the week, at which time he will review, edit and sign the schedules and statements.

WHEREFORE, the debtor requests an Order from the Court extending the deadline in which to file the schedules and statements to December 17, 2009.

DATED: December 10, 2009.


    /S/ AME018326    
Andrew M. Ellis
Attorneys for Debtor(s)

| | |
|---|---|
| 1 | FOREGOING filed electronically with the United States Bankruptcy Court, District of Arizona, on December 10, 2009, with a COPY of the foregoing e-mailed or mailed this same date to: |
| 2 | |
| 3 | U.S. Trustee's Office<br>230 N First Ave Ste 204<br>Phoenix AZ 85003 |
| 4 | USTPRegion14.PX.ECF@USDOJ.GOV |
| 5 | |
| 6 | By:___/s/ Clare Y. Green_____ |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |