IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

In Re: ) CHAPTER 11
)
LAW OFFICES OF DONALD W. ) Case No. 2-09-30000-CGC
HUDSPETH, P.C., )
) MINUTE SHEET FOR THE
) SECTION 341(a) MEETING
)
Debtor(s). ) DATE & TIME: 12/22/09 at 2:30 P.M.
)

Debtor Present (✓) YES ( ) NO   PRESIDING OFFICER: RIC CUELLAR

Debtor's Address: _____

APPEARANCE BY ATTORNEY FOR DEBTOR: ANDREW ELLIS    ✓ Yes ___ No

_Donald Hudspeth_____ PRESENT ON BEHALF OF DEBTOR

DEBTOR SWORN AND EXAMINED? (✓) YES ( ) NO

APPEARANCES:

| | NAME | REPRESENT |
|---|---|---|
| 1. | Christopher Payne | Biltmore Legal Consultants |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

RELATED CASES: _____

SCHEDULES FILED (✔) YES ( ) NO  IF NO, HAS ORDER BEEN ENTERED EXTENDING TIME? ( ) YES ( ) NO  IF NO, WHY HAVE SCHEDULES NOT BEEN FILED?

_____

WHEN WILL SCHEDULES BE FILED? _____

(✓) Concluded      ( ) Continued to:

                    Date: _____
                    Time: _____
                    Location: _____

( ) Dismiss for Failure to Appear and/or for Failure to File Schedules