# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA

# Minute Entry

## Hearing Information:

|  |  |
|---|---|
| Debtor: | LAW OFFICES OF DONALD W. HUDSPETH, P.C. |
| Case Number: | 2:09-BK-30000-CGC  Chapter: 11 |
| Date / Time / Room: | WEDNESDAY, JANUARY 20, 2010 01:30 PM  6TH FLOOR #601 |
| Bankruptcy Judge: | CHARLES G. CASE II |
| Courtroom Clerk: | RHONDA VAUGHAN |
| Reporter / ECR: | MARCO GARCIA |

## Matter:

CONTINUED CHAPTER 11 STATUS CONFERENCE STATUS

R / M #:   3 / 0

## Appearances:

ANDREW M ELLIS, ATTORNEY FOR LAW OFFICES OF DONALD W. HUDSPETH, P.C.
CHRISTOPHER PAYNE, ATTORNEY FOR BILTMORE LEGAL CONSULTANTS

## Proceedings:

Mr. Ellis advises debtor has complied with the UST's operating guidelines and this Court's Order.  He is waiting for a response from the IRS regarding the preference action and will file an amended petition after the 2008 tax return has been filed.  Mr. Ellis advises there has been no response from the commercial landlord and if lease negotiations are not successful the debtor will relocate his business.  Mr. Ellis advises the plan will be filed by March 19th which is at the end of the exclusivity period and he requests a bar date be set.

COURT:  IT IS ORDERED SETTING THE CLAIMS BAR DATE ON MARCH 4, 2010;  MR. ELLIS TO NOTICE ALL CREDITORS AND OTHER INTERESTED PARTIES ON THE MML.

Case 2:09-bk-30000-CGC   Doc 28   Filed 01/20/10   Entered 01/21/10 11:56:41   Desc
Main Document      Page 1 of 1