B 25C (Official Form 25C) (12/08)

# UNITED STATES BANKRUPTCY COURT

District of Arizona

In re *Law Offices of Donald W. Hudspeth, P.C.*
Debtor

Case No. *2:09 BK-30000-PHX-CGC*

Small Business Case under Chapter 11

## SMALL BUSINESS MONTHLY OPERATING REPORT

Month: *May 2010*

Date filed: *7/21/10*

Line of Business: *Legal Services*

NAISC Code: _____

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING SMALL BUSINESS MONTHLY OPERATING REPORT AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT AND COMPLETE.

RESPONSIBLE PARTY:

_____
Original Signature of Responsible Party

*Donald W. Hudspeth*
Printed Name of Responsible Party

**Questionnaire:** *(All questions to be answered on behalf of the debtor.)*

| | | Yes | No |
|---|---|---|---|
| 1. | IS THE BUSINESS STILL OPERATING? | ☒ | ☐ |
| 2. | HAVE YOU PAID ALL YOUR BILLS ON TIME THIS MONTH? | | ☒ |
| 3. | DID YOU PAY YOUR EMPLOYEES ON TIME? | ☒ | ☐ |
| 4. | HAVE YOU DEPOSITED ALL THE RECEIPTS FOR YOUR BUSINESS INTO THE DIP ACCOUNT THIS MONTH? | ☒ | ☐ |
| 5. | HAVE YOU FILED ALL OF YOUR TAX RETURNS AND PAID ALL OF YOUR TAXES THIS MONTH | ☒ | ☐ |
| 6. | HAVE YOU TIMELY FILED ALL OTHER REQUIRED GOVERNMENT FILINGS? | ☒ | ☐ |
| 7. | HAVE YOU PAID ALL OF YOUR INSURANCE PREMIUMS THIS MONTH? | ☒ | ☐ |
| 8. | DO YOU PLAN TO CONTINUE TO OPERATE THE BUSINESS NEXT MONTH? | ☒ | ☐ |
| 9. | ARE YOU CURRENT ON YOUR QUARTERLY FEE PAYMENT TO THE U.S. TRUSTEE? | ☒ | ☐ |
| 10. | HAVE YOU PAID ANYTHING TO YOUR ATTORNEY OR OTHER PROFESSIONALS THIS MONTH? | ☒ | ☐ |
| 11. | DID YOU HAVE ANY UNUSUAL OR SIGNIFICANT UNANTICIPATED EXPENSES THIS MONTH? | ☐ | ☒ |
| 12. | HAS THE BUSINESS SOLD ANY GOODS OR PROVIDED SERVICES OR TRANSFERRED ANY ASSETS TO ANY BUSINESS RELATED TO THE DIP IN ANY WAY? | ☐ | ☒ |
| 13. | DO YOU HAVE ANY BANK ACCOUNTS OPEN OTHER THAN THE DIP ACCOUNT? | ☐ | ☒ |

B 25C (Official Form 25C) (12/08)

14. HAVE YOU SOLD ANY ASSETS OTHER THAN INVENTORY THIS MONTH? ☐ ☒

15. DID ANY INSURANCE COMPANY CANCEL YOUR POLICY THIS MONTH? ☐ ☒

16. HAVE YOU BORROWED MONEY FROM ANYONE THIS MONTH? ☐ ☒

17. HAS ANYONE MADE AN INVESTMENT IN YOUR BUSINESS THIS MONTH? ☐ ☒

18. HAVE YOU PAID ANY BILLS YOU OWED BEFORE YOU FILED BANKRUPTCY? ☐ ☐

## TAXES

DO YOU HAVE ANY PAST DUE TAX RETURNS OR PAST DUE POST-PETITION TAX OBLIGATIONS? ☒ ☐

IF YES, PLEASE PROVIDE A WRITTEN EXPLANATION INCLUDING WHEN SUCH RETURNS WILL BE FILED, OR WHEN SUCH PAYMENTS WILL BE MADE AND THE SOURCE OF THE FUNDS FOR THE PAYMENT.

*(Exhibit A)*

## INCOME

PLEASE SEPARATELY LIST ALL OF THE INCOME YOU RECEIVED FOR THE MONTH. THE LIST SHOULD INCLUDE ALL INCOME FROM CASH AND CREDIT TRANSACTIONS. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL INCOME** $ 40,222

### SUMMARY OF CASH ON HAND

Cash on Hand at Start of Month $ 6086

Cash on Hand at End of Month $ 9,374

PLEASE PROVIDE THE TOTAL AMOUNT OF CASH CURRENTLY AVAILABLE TO YOU **TOTAL** $ ,490

*(Exhibit B)*

## EXPENSES

PLEASE SEPARATELY LIST ALL EXPENSES PAID BY CASH OR BY CHECK FROM YOUR BANK ACCOUNTS THIS MONTH. INCLUDE THE DATE PAID, WHO WAS PAID THE MONEY, THE PURPOSE AND THE AMOUNT. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

**TOTAL EXPENSES** $ 36,934

*(Exhibit C)*

## CASH PROFIT

INCOME FOR THE MONTH *(TOTAL FROM EXHIBIT B)* $ 40,222

EXPENSES FOR THE MONTH *(TOTAL FROM EXHIBIT C)* $ 36,934

*(Subtract Line C from Line B)* **CASH PROFIT FOR THE MONTH** $ 3,288

B 25C (Official Form 25C) (12/08)

## UNPAID BILLS

PLEASE ATTACH A LIST OF ALL DEBTS (INCLUDING TAXES) WHICH YOU HAVE INCURRED SINCE THE DATE YOU FILED BANKRUPTCY BUT HAVE NOT PAID. THE LIST MUST INCLUDE THE DATE THE DEBT WAS INCURRED, WHO IS OWED THE MONEY, THE PURPOSE OF THE DEBT AND WHEN THE DEBT IS DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

*(Exhibit D)*                                        **TOTAL PAYABLES** $ 9,502

## MONEY OWED TO YOU

PLEASE ATTACH A LIST OF ALL AMOUNTS OWED TO YOU BY YOUR CUSTOMERS FOR WORK YOU HAVE DONE OR THE MERCHANDISE YOU HAVE SOLD. YOU SHOULD INCLUDE WHO OWES YOU MONEY, HOW MUCH IS OWED AND WHEN IS PAYMENT DUE. *(THE U.S. TRUSTEE MAY WAIVE THIS REQUIREMENT.)*

*(Exhibit E)*                                     **TOTAL RECEIVABLES** $ 32,136

## BANKING INFORMATION

PLEASE ATTACH A COPY OF YOUR LATEST BANK STATEMENT FOR EVERY ACCOUNT YOU HAVE AS OF THE DATE OF THIS FINANCIAL REPORT OR HAD DURING THE PERIOD COVERED BY THIS REPORT.

*(Exhibit F)*

## EMPLOYEES

NUMBER OF EMPLOYEES WHEN THE CASE WAS FILED?                    7

NUMBER OF EMPLOYEES AS OF THE DATE OF THIS MONTHLY REPORT?      6

## PROFESSIONAL FEES

*BANKRUPTCY RELATED:*

PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?

TOTAL PROFESSIONAL FEES RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?                                                    $ 0

*NON-BANKRUPTCY RELATED:*                                       $ 6,125

PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID DURING THIS REPORTING PERIOD?

TOTAL PROFESSIONAL FEES NOT RELATING TO THE BANKRUPTCY CASE PAID SINCE THE FILING OF THE CASE?                                           $ 1,557

$ 5,526

B 25C (Official Form 25C) (12/08)

# PROJECTIONS

COMPARE YOUR ACTUAL INCOME AND EXPENSES TO THE PROJECTIONS FOR THE FIRST 180 DAYS OF YOUR CASE PROVIDED AT THE INITIAL DEBTOR INTERVIEW.

|             | Projected | Actual | Difference |
|-------------|-----------|--------|------------|
| INCOME      | $ 36,732  | $ 40,222 | $ + 3,490 |
| EXPENSES    | $ 33,344  | $ 31,454 | $ + 1,890 |
| CASH PROFIT | $ 3,388   | $ 8,768  | $ 5,380   |

TOTAL PROJECTED INCOME FOR THE NEXT MONTH:       $ 36,732

TOTAL PROJECTED EXPENSES FOR THE NEXT MONTH:     $ 33,344

TOTAL PROJECTED CASH PROFIT FOR THE NEXT MONTH:  $ 3,338

# ADDITIONAL INFORMATION

PLEASE ATTACH ALL FINANCIAL REPORTS INCLUDING AN INCOME STATEMENT AND BALANCE SHEET WHICH YOU PREPARE INTERNALLY.

# EXHIBIT A

You may insert a brief statement here about when your tax return will be filed and/or when the payment of any taxes due will be made, as well as the source of the funds.

If your response is short, you may also insert the information directly onto page 2 of the monthly report form.

There is a balance of $1,567.44 due the IRS for unpaid payroll withholding taxes. We will be making arrangements to pay in installments if they will allow it, from normal operating account funds.

There is also a payable to the Arizona Department of Revenue for unpaid withholding taxes in the amount of $492.89, which will be paid in the same manner.

# EXHIBIT B

## May 2010

| | BANK ACCOUNTS | | | | Total |
|---|---|---|---|---|---|
| | Operating | Payroll | Tax | Other | |
| | # 3989 | # 4326 | # 3451 | # | |
| **Cash on Hand at Beginning of Month** | 5944 | 48 | 94 | | 6086 |

| **RECEIPTS** | | | | | |
|---|---|---|---|---|---|
| Cash Sales | 40,222 | | | | |
| Accounts Receivable - Prepetition | | | | | |
| Accounts Receivable - Postpetition | | | | | |
| Loans and Advances | | | | | |
| Sale of Assets | | | | | |
| Transfers from Other DIP Accounts | (23,143) | 17,321 | 5,822 | | |
| Other (attach a list or details) | | | | | |
| | | | | | |
| TOTAL INCOME | 17,079 | 17,321 | 5,822 | | 40,222 |

| **TOTAL DISBURSEMENTS** (Exhibit C) | 13,764 | 17,333 | 5,837 | | 36,934 |
|---|---|---|---|---|---|

| Cash on Hand at End of Month | 9,259 | 36 | 79 | | 9,374 |
|---|---|---|---|---|---|

# EXHIBIT C

## EXPENSE DETAIL

See Attached

# 3989
# 4326
Account # 3451
Bank Name CHASE

| Cash/Electronic Payments | | | |
|---|---|---|---|
| Date | Payee | Purpose | Amount |
| | | | |
| | | | |
| | | | |
| | | Total Cash/Electronic Payments | |

| CHECKS ISSUED | | | | |
|---|---|---|---|---|
| Check Number | Date | Payee | Purpose | Amount |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | Total checks listed on this page | |
| | | | Total checks listed on continuation pages | |

| TOTAL WITHDRAWALS FOR THE MONTH (include cash/electronic payments) | 60,077 |
|---|---|

| SUBTRACT ALL TRANSFERS BETWEEN DEBTOR-IN-POSSESSION ACCOUNTS | 23,143 |
|---|---|

| TOTAL EXPENSES PAID FOR THE MONTH (include cash/electronic payments) | 36934 |
|---|---|

*This should be the same as the amount shown on the monthly report, page 2*

# Law Offices of Donald Hudspeth, PC

## Check Detail

Case No. 2:09 BK-30000-PHX-CGC May 2010

### EXHIBIT C    Expense Detail
Operating Account: 3989

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|------------:|----------------:|
| Check | ACH | 05/01/2010 | Paymentech | 1106 · Chase-OPERATING (Checking) 3989 | | -468.79 |
| | | | | 6147 · Credit Card Merchant Charges | -468.79 | 468.79 |
| TOTAL | | | | | -468.79 | 468.79 |
| Check | ACH | 05/01/2010 | American Express | 1106 · Chase-OPERATING (Checking) 3989 | | -4.95 |
| | | | | 6147 · Credit Card Merchant Charges | -4.95 | 4.95 |
| TOTAL | | | | | -4.95 | 4.95 |
| Check | ACH | 05/01/2010 | American Express | 1106 · Chase-OPERATING (Checking) 3989 | | -4.95 |
| | | | | 6147 · Credit Card Merchant Charges | -4.95 | 4.95 |
| TOTAL | | | | | -4.95 | 4.95 |
| Check | ACH | 05/05/2010 | American Express | 1106 · Chase-OPERATING (Checking) 3989 | | -97.80 |
| | | | | 6147 · Credit Card Merchant Charges | -97.80 | 97.80 |
| TOTAL | | | | | -97.80 | 97.80 |
| Check | ACH | 05/06/2010 | Paymentech | 1106 · Chase-OPERATING (Checking) 3989 | | -418.52 |
| | | | | 6147 · Credit Card Merchant Charges | -418.52 | 418.52 |
| TOTAL | | | | | -418.52 | 418.52 |
| Check | ACH | 05/17/2010 | LEXIS NEXIS-Research | 1106 · Chase-OPERATING (Checking) 3989 | | -384.00 |
| | | | | 6285 · Research | -384.00 | 384.00 |
| TOTAL | | | | | -384.00 | 384.00 |
| Check | ACH | 05/19/2010 | WELLS FARGO HOME MORTGAGE 7 | 1106 · Chase-OPERATING (Checking) 3989 | | -1,257.00 |
| | | | | 1400 · Loan Receivable Officer | -1,257.00 | 1,257.00 |
| TOTAL | | | | | -1,257.00 | 1,257.00 |
| Check | ACH | 05/30/2010 | CompuPay | 1106 · Chase-OPERATING (Checking) 3989 | | -102.04 |
| | | | | 6560 · Payroll Expenses | -102.04 | 102.04 |
| TOTAL | | | | | -102.04 | 102.04 |

## TOTAL ELECTRONIC PAYMENTS

2,738.05

# Law Offices of Donald Hudspeth, PC
## Check Detail
### May 2010

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|---|---|---|---|---|---|---|
| Check | 1130 | 05/18/2010 | INTERNAL REVENUE SERVICE | 1106 · Chase-OPERATING (Checking) 3989 | | -750.00 |
| | | | | 6149 · Client Costs | -750.00 | 750.00 |
| TOTAL | | | | | -750.00 | 750.00 |
| Check | 1145 | 05/03/2010 | QWEST | 1106 · Chase-OPERATING (Checking) 3989 | | -381.75 |
| | | | | 6320 · Telephone | -381.75 | 381.75 |
| TOTAL | | | | | -381.75 | 381.75 |
| Check | 1146 | 05/03/2010 | SPRINT | 1106 · Chase-OPERATING (Checking) 3989 | | -209.67 |
| | | | | 6143 · Computer Expense | -209.67 | 209.67 |
| TOTAL | | | | | -209.67 | 209.67 |
| Check | 1147 | 05/07/2010 | Bank of America (Equity Line) | 1106 · Chase-OPERATING (Checking) 3989 | | 0.00 |
| | | | | | 0.00 | 0.00 |
| TOTAL | | | | | 0.00 | 0.00 |
| Check | 1148 | 05/07/2010 | Ponte Graphics Co | 1106 · Chase-OPERATING (Checking) 3989 | | -174.00 |
| | | | | 6310 · Office Expense | -174.00 | 174.00 |
| TOTAL | | | | | -174.00 | 174.00 |
| Check | 1149 | 05/07/2010 | Bank of America (Equity Line) | 1106 · Chase-OPERATING (Checking) 3989 | | -437.67 |
| | | | | 1400 · Loan Receivable Officer | -437.67 | 437.67 |
| TOTAL | | | | | -437.67 | 437.67 |
| Check | 1150 | 05/07/2010 | Jennings, Strouss & Salmon PLC | 1106 · Chase-OPERATING (Checking) 3989 | | -1,178.88 |
| | | | | 6276 · Legal Fees - Expense | -1,178.88 | 1,178.88 |
| TOTAL | | | | | -1,178.88 | 1,178.88 |
| Check | 1151 | 05/07/2010 | Coy Enterprises | 1106 · Chase-OPERATING (Checking) 3989 | | -807.25 |
| | | | | 6143 · Computer Expense | -807.25 | 807.25 |
| TOTAL | | | | | -807.25 | 807.25 |
| Check | 1152 | 05/07/2010 | Carol Crawford, LPC | 1106 · Chase-OPERATING (Checking) 3989 | | -398.26 |
| | | | | 1400 · Loan Receivable Officer | -398.26 | 398.26 |
| TOTAL | | | | | -398.26 | 398.26 |
| Check | 1153 | 05/07/2010 | The Shely Firm, PC | 1106 · Chase-OPERATING (Checking) 3989 | | -300.00 |
| | | | | 6276 · Legal Fees - Expense | -300.00 | 300.00 |
| TOTAL | | | | | -300.00 | 300.00 |
| Check | 1154 | 05/07/2010 | UPS | 1106 · Chase-OPERATING (Checking) 3989 | | -31.57 |
| | | | | 6255 · Postage and Delivery | -31.57 | 31.57 |
| TOTAL | | | | | -31.57 | 31.57 |
| Check | 1155 | 05/10/2010 | Gary Tyra | 1106 · Chase-OPERATING (Checking) 3989 | | -250.00 |

# Law Offices of Donald Hudspeth, PC
## Check Detail
### May 2010

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|------|-----|------|------|---------|-------------|-----------------|
| | | | | 1400 · Loan Receivable Officer | -250.00 | 250.00 |
| TOTAL | | | | | -250.00 | 250.00 |
| Check | 1156 | 05/10/2010 | Tom Gadd | 1106 · Chase-OPERATING (Checking) 3989 | -46.99 | -46.99 |
| | | | | 6143 · Computer Expense | -46.99 | 46.99 |
| TOTAL | | | | | -46.99 | 46.99 |
| Check | 1157 | 05/12/2010 | QWEST | 1106 · Chase-OPERATING (Checking) 3989 | -383.71 | -383.71 |
| | | | | 6320 · Telephone | -383.71 | 383.71 |
| TOTAL | | | | | -383.71 | 383.71 |
| Check | 1158 | 05/11/2010 | Tom Gadd | 1106 · Chase-OPERATING (Checking) 3989 | -170.78 | -170.78 |
| | | | | 6310 · Office Expense | -170.78 | 170.78 |
| TOTAL | | | | | -170.78 | 170.78 |
| Check | 1159 | 05/14/2010 | NRG Coterie LLC | 1106 · Chase-OPERATING (Checking) 3989 | -1,322.92 | -1,322.92 |
| | | | | 6310 · Office Expense | -1,322.92 | 1,322.92 |
| TOTAL | | | | | -1,322.92 | 1,322.92 |
| Check | 1160 | 05/17/2010 | First Indemnity Insurance Agency | 1106 · Chase-OPERATING (Checking) 3989 | -787.50 | -787.50 |
| | | | | 6186 · Professional Liability Ins | -787.50 | 787.50 |
| TOTAL | | | | | -787.50 | 787.50 |
| Check | 1161 | 05/18/2010 | NRG Coterie LLC | 1106 · Chase-OPERATING (Checking) 3989 | -124.00 | -124.00 |
| | | | | 6280 · Filing Fees & Publications | -124.00 | 124.00 |
| TOTAL | | | | | -124.00 | 124.00 |
| Check | 1162 | 05/17/2010 | Archive Systems, Inc. | 1106 · Chase-OPERATING (Checking) 3989 | -79.67 | -79.67 |
| | | | | 6312 · Storage | -79.67 | 79.67 |
| TOTAL | | | | | -79.67 | 79.67 |
| Check | 1163 | 05/19/2010 | Donald Hudspeth | 1106 · Chase-OPERATING (Checking) 3989 | -721.00 | -721.00 |
| | | | | 1400 · Loan Receivable Officer | -721.00 | 721.00 |
| TOTAL | | | | | -721.00 | 721.00 |
| Check | 1164 | 05/19/2010 | David J. Booth - Casual Executives | 1106 · Chase-OPERATING (Checking) 3989 | -8,349.30 | -8,349.30 |
| | | | | 4100 · Legal Fees Earned | -8,349.30 | 8,349.30 |
| TOTAL | | | | | -8,349.30 | 8,349.30 |
| Check | 1165 | 05/20/2010 | Sylvia LaMar | 1106 · Chase-OPERATING (Checking) 3989 | -1,000.00 | -1,000.00 |
| | | | | 2001 · Account Payable Sylvia La Mar | -1,000.00 | 1,000.00 |
| TOTAL | | | | | -1,000.00 | 1,000.00 |
| Check | 1166 | 05/21/2010 | Az Corp Commission | 1106 · Chase-OPERATING (Checking) 3989 | | -60.00 |

# Law Offices of Donald Hudspeth, PC
## Check Detail

| Type | Num | Date | Name | Account | Paid Amount | Original Amount |
|---|---|---|---|---|---|---|
| | | | | 6280 · Filing Fees & Publications | -60.00 | 60.00 |
| **TOTAL** | | | | | **-60.00** | **60.00** |
| Check | 1167 | 05/21/2010 | Arizona Bar Foundation IOLTA Trust. | 1106 · Chase-OPERATING (Checking) 3989 | -3,000.00 | -3,000.00 |
| | | | | 4100 · Legal Fees Earned | -3,000.00 | 3,000.00 |
| **TOTAL** | | | | | **-3,000.00** | **3,000.00** |
| Check | 1168 | 05/21/2010 | LOMAP | 1106 · Chase-OPERATING (Checking) 3989 | -78.12 | -78.12 |
| | | | | 6276 · Legal Fees - Expense | -78.12 | 78.12 |
| **TOTAL** | | | | | **-78.12** | **78.12** |
| Check | 1169 | 05/20/2010 | Lupe Marie Jasso | 1106 · Chase-OPERATING (Checking) 3989 | -41.00 | -41.00 |
| | | | | 6280 · Filing Fees & Publications | -13.00 | 13.00 |
| | | | | 6283 · Business Meetings/Meals | -28.00 | 28.00 |
| **TOTAL** | | | | | **-41.00** | **41.00** |
| Check | 1170 | 05/25/2010 | Tom Gadd | 1106 · Chase-OPERATING (Checking) 3989 | -35.00 | -35.00 |
| | | | | 6280 · Filing Fees & Publications | -35.00 | 35.00 |
| **TOTAL** | | | | | **-35.00** | **35.00** |
| Check | 1171 | 05/26/2010 | WELLS FARGO 796 | 1106 · Chase-OPERATING (Checking) 3989 | -1,257.00 | -1,257.00 |
| | | | | 1400 · Loan Receivable Officer | -1,257.00 | 1,257.00 |
| **TOTAL** | | | | | **-1,257.00** | **1,257.00** |

Add back ck #1167 - Already deducted from Income      -3,000.00

Add back ck #1164- Already deducted from Income      -8,349.30

**TOTAL CHECKS -- OPERATING**      **11,026.74**

## TOTAL DISBURSEMENTS - EXHIBIT C    $ 13,764.79
(Operating Account)

Add: Payroll (Attached)    17,333

Taxes (Attached)    5,837

TOTAL EXPENSES - May    36,934

# Law Offices of Donald Hudspeth, PC
## Account QuickReport
### As of May 31, 2010

*Exhibit C*

*Case No. 2:09 BK-30000-PHX*

| Type | Date | Num | Name | Memo | Split | Amount | Balance |
|------|------|-----|------|------|-------|--------|---------|
| **1107 · Chase - PAYROLL (Checking) 4326** | | | | | | | |
| Transfer | 5/4/2010 | | | Funds Transfer | 1106 · Chas... | 8,604.39 | 8,652.51 |
| General Journal | 5/7/2010 | PR 5/... | Chase Bank | Net Payroll | -SPLIT- | -8,604.39 | 48.12 |
| Transfer | 5/20/2010 | | | Funds Transfer | 1106 · Chas... | 8,716.95 | 8,765.07 |
| General Journal | 5/21/2010 | PR 5/... | Payroll | NET PAYROLL | -SPLIT- | -8,716.95 | 48.12 |
| Check | 5/31/2010 | | | Service Charge | 6115 · Bank ... | -12.00 | 36.12 |
| Total 1107 · Chase - PAYROLL (Checking) 4326 | | | | | | -12.00 | 36.12 |
| **TOTAL** | | | | | | **-12.00** | **36.12** |

*Total Payroll Expense $ 17,333*

*Exhibit C*

# Law Offices of Donald Hudspeth, PC
## Account QuickReport
### As of May 31, 2010

*Case No. 2:09 BK-30000-PHX CG*

| Type | Date | Num | Name | Memo | Split | Amount | Balance |
|------|------|-----|------|------|-------|--------|---------|
| **1108 · Chase - TAX (Saving) 3451** | | | | | | | |
| Transfer | 5/4/2010 | | | Funds Transfer | 1106 · Chase-... | 2,871.12 | 94.48 |
| | | | | | | | 2,965.60 |
| General Journal | 5/7/2010 | PR 5... | Chase Bank | TOTAL TAX... | 1107 · Chase -... | -2,871.12 | 94.48 |
| Transfer | 5/20/2010 | | | Funds Transfer | 1106 · Chase-... | 2,951.13 | 3,045.61 |
| General Journal | 5/21/2010 | PR 5... | PAYROLL TAX... | PAYROLL T... | 1107 · Chase -... | -2,951.13 | 94.48 |
| Check | 5/31/2010 | | | Service Charge | 6115 · Bank S... | -15.00 | 79.48 |
| Total 1108 · Chase - TAX (Saving) 3451 | | | | | | -15.00 | 79.48 |
| **TOTAL** | | | | | | **-15.00** | **79.48** |

*Total Payroll Tax Expense 5,837*

# EXHIBIT D
## Accounts Payable
## Law Offices of Donald W. Hudspeth, P.S.

| UNPAID BILLS<br>Itemize Accounts Payable * | Date Incurred | Who is owed the money? | Purpose of the Debt | Amount Owed | Payment Due Date |
|---|---|---|---|---|---|
| Sprint | May 2010 | Sprint | Internet | 61.10 | 6/15/10 |
| Archive Syst. | Apr & May | Archive Syst | Storage | 156.76 | 6/19/10 |
| Qwest | May 2010 | Qwest | telephone | 448.59 | 6/12/10 |
| Rent | 5/30/10 | NBS 3030 Central | Office Rent | 3,511.00 | 6/01/10 |
| E-Z Messenger | 2009 | EZ Messenger | Courier | 1237.20 | past due |
| Itemize Taxes Payable - | | | | | |
| | | | | | |
| | | | | | |
| Itemize Notes Payable - | | | | | |
| Lexis Nexis | monthly | Lexis Nexis | Research | 384.00 | 6/15/10 |
| Lexis Nexis | monthly | Lexis Nexis | Website | 1979.50 | June '10 |
| GE Capital | monthly | GE Capital | Copiers | 912.45 | 6/1/2010 |
| Itemize Professional Fees Payable - | | | | | |
| Jennings Strouss | 12/14/09 | Jennings Strouss | Legal Repr. | 485.70 | past due |
| Premium Financing | monthly | Premium Fin. | Profes. Liab. | 221.36 | 6/22/10 |
| State Bar | 01/14/10 | LOMAP | Disciplinary Actn | 78.12 | 6/28/10 |
| Itemize Secured Debt - | | | | | |
| | | | | | |
| | | | | | |
| Other - | | | | | |
| Arrowhead Water | 5/22/10 | Arrowhead | Drinking Water | 26.62 | 6/22/10 |
| | | | | | |
| **Total Payables** (same as page 3 of the report) | | | | 9502 | |

*Debtor may attach a separate Accounts Payable list if there are numerous debts.

# EXHIBIT E

TRADE ACCOUNTS RECEIVABLES: *See Attached*

| Who Owes You the Money | Amount Owed | Due Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Accounts Receivable | | |
| Less Discounts/Returns/etc. | | |
| Net Accounts Receivable | | |

| OTHER RECEIVABLES | Amount Owed | Due Date |
|---|---|---|
| Amounts owed by insiders - | | |
| | | |
| | | |
| | | |
| | | |
| Amounts owed by employees - | | |
| | | |
| | | |
| | | |
| Amounts owed by others (explain) - | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| TOTAL RECEIVALBLES (same as report, page 3) | |
|---|---|

Case No: 2:09 BK-30000-PHX-CGC

Law Office Donald W. Hudspeth, P.C.
Receivables by Lawyer
To  May 31/2010

Exhibit E

| Fee Credit Lawyer | Billed | Outstanding | | | Total | % Firm |
|---|---|---|---|---|---|---|
| | | <30 Days | 31-60 Days | 61-90 Days | | |
| **DWH - Donald W. Hudspeth** | | | | | | |
| Fees | 33251.00 | 2404.54 | 2158.42 | 3270.00 | 15574.43 | 50.44% |
| Disb | 23.28 | 52.20 | 8.34 | 0.85 | -87.89 | -6.98% |
| Tax | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100.00% |
| Total: | 33274.28 | 2456.74 | 2166.76 | 3270.85 | 15486.54 | 48.19% |
| **BJF - Barton J. Fears** | | | | | | |
| Fees | 13098.00 | 0.00 | 0.00 | 0.00 | 12206.12 | 39.53% |
| Disb | 1363.19 | 797.49 | 0.00 | 0.00 | 1347.04 | 106.98% |
| Tax | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100.00% |
| Total: | 14461.19 | 797.49 | 0.00 | 0.00 | 13553.16 | 42.17% |
| **CDP - Christopher D. Payne** | | | | | | |
| Fees | 140.00 | 0.00 | 0.00 | 0.00 | 140.00 | 0.45% |
| Disb | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| Tax | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100.00% |
| Total: | 140.00 | 0.00 | 0.00 | 0.00 | 140.00 | 0.44% |
| **KKR - Kris K. Rezagholi** | | | | | | |
| Fees | 7899.50 | 2.66 | 151.92 | 0.00 | 1186.72 | 3.84% |
| Disb | 11.07 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| Tax | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100.00% |
| Total: | 7910.57 | 2.66 | 151.92 | 0.00 | 1186.72 | 3.69% |
| **SJC - Jay Calhoun** | | | | | | |
| Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| Disb | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| Tax | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100.00% |
| Total: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| **LMJ - Lupe-Marie Jasso** | | | | | | |
| Fees | 4636.00 | 404.00 | 364.00 | 0.00 | 1326.29 | 4.30% |
| Disb | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| Tax | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100.00% |
| Total: | 4636.00 | 404.00 | 364.00 | 0.00 | 1326.29 | 4.13% |
| **TJG - Tom J. Gadd** | | | | | | |
| Fees | 1276.25 | 0.00 | 0.00 | 0.00 | 442.86 | 1.43% |
| Disb | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| Tax | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100.00% |
| Total: | 1276.25 | 0.00 | 0.00 | 0.00 | 442.86 | 1.38% |
| **JNO - J. Nichole Oblinger** | | | | | | |
| Fees | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| Disb | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |
| Tax | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100.00% |
| Total: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00% |

*** Firm Summary ***

| | Billed | Outstanding | | | Total | % Firm |
|---|---|---|---|---|---|---|
| | | <30 Days | 31-60 Days | 61-90 Days | | |
| Fees | 60300.75 | 2811.20 | 2674.34 | 3270.00 | 30876.42 | 100.00% |
| Disb | 1397.54 | 849.69 | 8.34 | 0.85 | 1259.15 | 100.00% |
| Tax | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 100.00% |
| Total: | 61698.29 | 3660.89 | 2682.68 | 3270.85 | 32135.57 | 100.00% |

TOTAL A/R ON 05/31/2010...............$32,135.57

REPORT SELECTIONS - Receivables by Lawyer
Layout Template:      Monthly Report - UPDATE
Finished:             Monday, June 14, 2010
Date Range:           May 1/2009 To May 31/2010

# EXHIBIT F

Attach copies of bank statements for all open bank accounts.

If the bank statements do not cover activity from the first day to the last day of the month, attach the statements which include the majority of the applicable month's activity.

Case No. 2:09 BK-30000-PHX-CGC

# CHASE ⬡

JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826-0180

00078186 DRE 601 141 14910 - NNYNN T 1 000000000 65 0000
LAW OFFICES OF DONALD W HUDSPETH PC
DEBTOR IN POSSESSION CASE 2 09-BK-30000
DEBTOR IN POSSESSION
3030 N CENTRAL AVE STE 604
PHOENIX AZ 85012-2713

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | 1-800-242-7338 |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

## IMPORTANT NOTICE ABOUT YOUR ACCOUNT

We strictly prohibit the use of your accounts to conduct any transactions involving unlawful Internet gambling or any other illegal activity. This includes accepting or receiving any funds or deposits to your accounts from unlawful Internet gambling or other illegal activity. If you have any questions, please call us at 1-800-CHASE38 (1-800-242-7338).

## CONSOLIDATED BALANCE SUMMARY

### ASSETS

**Checking & Savings**

| | ACCOUNT | BEGINNING BALANCE THIS PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|---|
| Chase BusinessClassic | 000000863883989 | $12,549.12 | $18,228.20 |
| Chase Business Select High Yield Savings | 000002943613451 | | |
| Total | | 94.48 | 79.48 |
| | | $12,643.60 | $18,307.68 |

**TOTAL ASSETS**

| | BEGINNING BALANCE | ENDING BALANCE |
|---|---|---|
| | $12,643.60 | $18,307.68 |

**All Summary Balances** shown are as of May 28, 2010 unless otherwise stated. For details of your retirement accounts, credit accounts or securities accounts, you will receive separate statements. Balance summary information for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its completeness or accuracy.

**CHASE**

## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

**1. Write in the Ending Balance shown on this statement:**　　　　Step 1 Balance: $ _____

**2. List and total all deposits & additions not shown on this statement:**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| _____ | _____ | _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ | _____ | _____ |

　　　　　　　　　　　　　　　　　　　　　　　　　　Step 2 Total: $ _____

**3. Add Step 2 Total to Step 1 Balance.**　　　　　　　　Step 3 Total: $ _____

**4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.**

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

　　　　　　　　　　　　　　　　　　　　　　　　　　Step 4 Total: -$ _____

**5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance:** $ _____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
 • Your name and account number
 • The dollar amount of the suspected error
 • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

　JPMorgan Chase Bank, N.A. Member FDIC





## CHASE BUSINESS CLASSIC

LAW OFFICES OF DONALD W HUDSPETH PC                     Account Number: 000000863883989
DEBTOR IN POSSESSION CASE 2 09-BK-30000

*Operating Account*

## CHECKING SUMMARY

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$12,549.12** |
| Deposits and Additions | 15 | 50,071.47 |
| Checks Paid | 36 | - 18,510.75 |
| Electronic Withdrawals | 14 | - 25,881.64 |
| **Ending Balance** | **65** | **$18,228.20** |

*44,392.39*

Your monthly service fee was waived because you maintained an average checking balance of $5,000 or more during the statement period.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | | | | AMOUNT |
|---|---|---|---|---|---|
| 05/03 | Paymentech2 | Deposit | 440295408882 | CCD ID: 6752044092 | $4,729.19 |
| 05/05 | Deposit | | | | 12,674.16 |
| 05/06 | Paymentech2 | Deposit | 440295408882 | CCD ID: 6752044092 | 500.00 |
| 05/07 | Paymentech2 | Deposit | 440295408882 | CCD ID: 6752044092 | 3,957.09 |
| 05/10 | Paymentech2 | Deposit | 440295408882 | CCD ID: 6752044092 | 1,000.00 |
| 05/12 | Deposit | | | | 842.30 |
| 05/14 | Deposit | | | | 500.00 |
| 05/14 | Paymentech2 | Deposit | 440295408882 | CCD ID: 6752044092 | 10,661.39 |
| 05/17 | Deposit | | | | 500.00 |
| 05/17 | Paymentech2 | Deposit | 440295408882 | CCD ID: 6752044092 | 2,049.00 |
| 05/19 | Deposit | | | | 9,964.82 |
| 05/21 | Deposit | | | | 1,250.00 |
| 05/21 | Paymentech2 | Deposit | 440295408882 | CCD ID: 6752044092 | 950.00 |
| 05/24 | Paymentech2 | Deposit | 440295408882 | CCD ID: 6752044092 | 250.00 |
| 05/28 | Deposit | | | | 243.52 |
| **Total Deposits and Additions** | | | | | **$50,071.47** |

*Fuentes*


## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 1078 ^ | | 05/26 | $200.00 |
| 1118 * ^ | | 05/13 | 5.00 |
| 1119 ^ | | 05/11 | 35.00 |
| 1130 * ^ | | 05/25 | 750.00 |
| 1132 * ^ | | 05/06 | 87.21 |
| 1136 * ^ | | 05/03 | 250.00 |
| 1138 * ^ | | 05/11 | 2,099.54 |
| 1139 ^ | | 05/10 | 183.88 |
| 1140 ^ | | 05/07 | 300.00 |
| 1141 ^ | | 05/10 | 32.72 |
| 1142 ^ | | 05/07 | 274.91 |
| 1143 ^ | | 05/03 | 80.00 |
| 1144 ^ | | 05/05 | 3,000.00 |
| 1145 ^ | | 05/04 | 381.75 |
| 1146 ^ | | 05/07 | 209.67 |
| 1148 * ^ | | 05/12 | 174.00 |
| 1149 ^ | | 05/10 | 437.67 |
| 1150 ^ | | 05/13 | 1,178.88 |
| 1152 * ^ | | 05/13 | 398.26 |
| 1153 ^ | | 05/13 | 300.00 |
| 1154 ^ | | 05/19 | 31.57 |
| 1155 ^ | | 05/12 | 250.00 |
| 1156 ^ | | 05/13 | 46.99 |
| 1157 ^ | | 05/17 | 383.71 |
| 1158 ^ | | 05/14 | 170.78 |
| 1159 ^ | | 05/14 | 1,322.92 |
| 1160 ^ | | 05/26 | 787.50 |
| 1161 ^ | | 05/19 | 124.00 |
| 1162 ^ | | 05/24 | 79.67 |
| 1163 ^ | | 05/20 | 721.00 |
| 1165 * ^ | | 05/26 | 1,000.00 |
| 1166 ^ | | 05/27 | 60.00 |
| 1167 ^ | | 05/24 | 3,000.00 |
| 1168 ^ | | 05/26 | 78.12 |
| 1169 ^ | | 05/28 | 41.00 |
| 1170 ^ | | 05/27 | 35.00 |

**Total Checks Paid** **$18,510.75**

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

* All of your recent checks may not be on this statement, either because they haven't cleared yet or they were listed on one of your previous statements.

^ An image of this check may be available for you to view on Chase.com.



# ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 05/03 | Paymentech2   Fee   440295408882   CCD ID: 6752044092 | ✓ | $468.79 |
| 05/03 | American Express Collection 5021423694   CCD ID: 1134992250 | ✓ | 4.95 |
| 05/03 | American Express Collection 5020259032   CCD ID: 1134992250 | ✓ | 4.95 |
| 05/04 | Paymentech   Fee   440295733883   CCD ID: 6752044092 | ✓ | 418.52 |
| 05/05 | American Express Axp Discnt 5021423694   CCD ID: 1134992250 | ✓ | 65.00 |
| 05/05 | American Express Axp Discnt 5020259032   CCD ID: 1134992250 | ✓ 97.81 | 32.80 |
| 05/06 | Online Transfer To  Mma Xxxxxx3451 Transaction#: 360217537 | ✓ | 2,871.12 |
| 05/06 | Online Transfer To  Chk Xxxxx4326 Transaction#: 360235934 | ✓ | 8,604.39 |
| 05/07 | Compupay Billing Phoenix AR 003 22376   CCD ID: 1860701659 | ✓ | 51.02 |
| 05/17 | Lexis Nexis   Online Pub 6168512   Tel ID: 0000740415 | ✓ | 384.00 |
| 05/19 | Mortgage Payment EFT   0140504796   Tel ID: R952318940 | ✓ | 1,257.00 |
| 05/20 | Online Transfer To  Mma Xxxxxx3451 Transaction#: 375923530 | ✓ | 2,951.13 |
| 05/20 | Online Transfer To  Chk Xxxxx4326 Transaction#: 375924785 | ✓ | 8,716.95 |
| 05/21 | Compupay Billing Phoenix AR 003 22376   CCD ID: 1860701659 | ✓ | 51.02 |
| **Total Electronic Withdrawals** | | | **$25,881.64** |

# DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|
| 05/03 | $16,469.62 | 05/17 | 25,453.82 |
| 05/04 | 15,669.35 | 05/19 | 34,006.07 |
| 05/05 | 25,245.71 | 05/20 | 21,616.99 |
| 05/06 | 14,182.99 | 05/21 | 23,765.97 |
| 05/07 | 17,304.48 | 05/24 | 20,936.30 |
| 05/10 | 17,650.21 | 05/25 | 20,186.30 |
| 05/11 | 15,515.67 | 05/26 | 18,120.68 |
| 05/12 | 15,933.97 | 05/27 | 18,025.68 |
| 05/13 | 14,004.84 | 05/28 | 18,228.20 |
| 05/14 | 23,672.53 | | |

# SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|------------------------------------------|------------------------|
| Checks Paid / Debits | 46 |
| Deposits / Credits | 15 |
| Deposited Items | 24 |
| **Transaction Total** | **85** |

| SERVICE FEE CALCULATION | AMOUNT |
|-------------------------|--------|
| Service Fee | $12.00 |
| Service Fee Credit | -$12.00 |
| **Net Service Fee** | **$0.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$0.00** |



**CHASE**

## CHASE BUSINESS SELECT HIGH YIELD SAVINGS

LAW OFFICES OF DONALD W HUDSPETH PC
DEBTOR IN POSSESSION CASE 2 09-BK-30000

Account Number: 000002943613451

### SAVINGS SUMMARY  *TAX ACCOUNT*

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$94.48** |
| Deposits and Additions | 2 | 5,822.25 |
| Electronic Withdrawals | 2 | - 5,822.25 |
| Fees and Other Withdrawals | 1 | - 15.00 |
| **Ending Balance** | **5** | **$79.48** |
| Annual Percentage Yield Earned This Period | | 0.00% |
| Interest Paid Year-to-Date | | $0.01 |

You could earn an even higher interest rate on your Chase Business Select High Yield Savings account if you link it to a qualifying checking account. Visit any of our branches for details or call us at the telephone number on your statement.

### TRANSACTION DETAIL

| DATE | DESCRIPTION | AMOUNT | BALANCE |
|---|---|---|---|
| | **Beginning Balance** | | **$94.48** |
| 05/06 | Online Transfer From  Chk Xxxxx3989 Transaction#: 360217537 | **2,871.12** | 2,965.60 |
| 05/06 | Compupay Inc    Taximpound 003-22376      CCD ID: G592022495 | - 2,871.12 | 94.48 |
| 05/20 | Online Transfer From  Chk Xxxxx3989 Transaction#: 375923530 | **2,951.13** | 3,045.61 |
| 05/21 | Compupay Inc    Taximpound 003-22376      CCD ID: G592022495 | - 2,951.13 | 94.48 |
| 05/28 | Service Fee | - 15.00 | 79.48 |
| | **Ending Balance** | | **$79.48** |

You can waive your monthly service fee by maintaining an average savings balance of $10,000 or more during the statement period.

30 deposited items are provided with your account each month. There is a $0.20 fee for each additional deposited item.





**Enroll In Chase Quick Deposit Today
And Save 50% on Your Monthly Fee –
A $300 Savings Each Year![1]**

### Deposit Checks Online – Right From Your Desk!
Key Advantages:

- Scan paper checks with a FREE scanner provided by Chase, and the electronic images are deposited directly into your Chase business checking account.
- All transactions are secure and can be viewed on Chase Online[SM] for Business.*
- Reduce paperwork with online storage of check images and transaction history.
- No limit on the number of deposits that can be made.
- Scan up to 150 checks in a single deposit.[2]
- Save time and money with 24/7 convenience.

**Plus, Get a FREE Check Scanner – An $885 Value!**

**Save $25 per month on the Chase Quick Deposit monthly fee when you enroll by July 31, 2010. That's a $300 savings per year![1]**

**Visit chase.com/QuickDep25 to learn more and enroll.**

*Must be enrolled in Chase Online to use Chase Quick Deposit.

[1] Offer valid through 7/31/10 and limited to one enrollment per customer. Offer is not transferable and not available to customers who either have used or currently use Chase Quick Deposit. Your Quick Deposit monthly maintenance fee will be reduced to $25.00/month rather than the full $50.00/month after confirmation of online enrollment during the first two-year contract.

[2] Only U.S. dollar checks drawn on a U.S. financial institution accepted for deposit.

Your Chase Quick Deposit enrollment is subject to approval and availability in your area. If approved, a two-year contract is required. A monthly maintenance fee of $25 applies and includes one free Panini 50-50 scanner. Additional scanners are available for purchase at a one-time charge of $885 per scanner. A cancellation fee of $500 applies if the service is discontinued prior to the end of the two-year contract term. All check and deposit item fees will be billed and processed according to your respective account maintenance fee schedule. Certain fees and restrictions apply. JPMorgan Chase is licensed under U.S. Patent Numbers 5,910,988 and 6,032,137.

For more information about Quick Deposit, or for help with enrollment, call now. Our Cash Management Specialists are available at 1-877-212-2741 from 8AM to 7PM ET.

©2010 JPMorgan Chase Bank, N.A. Member FDIC


This Page Intentionally Left Blank

# CHASE ⬤

JPMorgan Chase Bank, N.A.
P O Box 260180
Baton Rouge, LA 70826-0180

May 01, 2010 through May 28, 2010

Account Number: **000000863884326**

*PAYROLL ACCOUNT*

## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | Chase.com |
| Service Center: | **1-800-242-7338** |
| Hearing Impaired: | 1-800-242-7383 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |

00037628 DRE 601 141 14910 - NNNNN T 1 000000000 65 0000
LAW OFFICES OF DONALD W HUDSPETH PC
DEBTOR IN POSSESSION CASE 2 09-BK-30000
DEBTOR IN POSSESSION
3030 N CENTRAL AVE STE 604
PHOENIX AZ 85012-2713

## IMPORTANT NOTICE ABOUT YOUR ACCOUNT

We strictly prohibit the use of your accounts to conduct any transactions involving unlawful Internet gambling or any other illegal activity. This includes accepting or receiving any funds or deposits to your accounts from unlawful Internet gambling or other illegal activity. If you have any questions, please call us at 1-800-CHASE38 (1-800-242-7338).

## CHECKING SUMMARY    Chase BusinessClassic

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | **$48.12** |
| Deposits and Additions | 2 | 17,321.34 |
| Checks Paid | 14 | - 17,321.34 |
| Fees and Other Withdrawals | 1 | - 12.00 |
| Ending Balance | 17 | **$36.12** |

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/06 | Online Transfer From  Chk Xxxxx3989 Transaction#: 360235934 | |
| 05/20 | Online Transfer From  Chk Xxxxx3989 Transaction#: 375924785 | $8,604.39 |
| Total Deposits and Additions | | 8,716.95 |
| | | **$17,321.34** |

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 121  ^ | | 05/10 | $875.83 |
| 122  ^ | | 05/11 | 726.17 |
| 123  ^ | | 05/10 | 2,273.14 |
| 124  ^ | | 05/07 | 1,699.07 |
| 125  ^ | | 05/07 | 1,342.32 |
| 126  ^ | | 05/10 | 1,543.40 |


## BALANCING YOUR CHECKBOOK

**Note: Ensure your checkbook register** is up to date with all transactions to date whether they are included on your statement or not.

**1. Write in the Ending Balance shown on this statement:**

**Step 1 Balance: $**_____

**2. List and total all deposits & additions not shown on this statement:**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| | | | | | |
| | | | | | |
| | | | | | |

**Step 2 Total: $**_____

**Step 3 Total: $**_____

**3. Add Step 2 Total to Step 1 Balance.**

**4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.**

| Check Number or Date | Amount | Check Number or Date | Amount |
|----------------------|--------|----------------------|--------|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Step 4 Total: -$**_____

**5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance: $**_____

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:** Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:
- Your name and account number
- The dollar amount of the suspected error
- A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS:** Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

 **JPMorgan Chase Bank, N.A. Member FDIC**


## CHECKS PAID _(continued)_

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|---|---|---|---|
| 127 ^ | | 05/11 | 144.46 |
| 128 ^ | | 05/24 | 883.30 |
| 129 ^ | | 05/25 | 726.17 |
| 130 ^ | | 05/24 | 2,273.14 |
| 131 ^ | | 05/21 | 1,699.07 |
| 132 ^ | | 05/26 | 1,342.32 |
| 133 ^ | | 05/24 | 1,648.49 |
| 134 ^ | | 05/25 | 144.46 |
| **Total Checks Paid** | | | **$17,321.34** |

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.

^ An image of this check may be available for you to view on Chase.com.

## FEES AND OTHER WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/28 | Service Fee | $12.00 |
| **Total Fees & Other Withdrawals** | | **$12.00** |

You can waive the monthly service fee on your Chase BusinessClassic account by maintaining an average checking balance of $5,000 or more during the statement period, linking this account to a qualifying Chase personal checking account or active Chase Business Credit Card, or conducting at least 5 debit card purchases each statement period. If you would like to understand more about your options, please visit any branch or call the number listed on this statement.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 05/06 | $8,652.51 |
| 05/07 | 5,611.12 |
| 05/10 | 918.75 |
| 05/11 | 48.12 |
| 05/20 | 8,765.07 |
| 05/21 | 7,066.00 |
| 05/24 | 2,261.07 |
| 05/25 | 1,390.44 |
| 05/26 | 48.12 |
| 05/28 | 36.12 |

## SERVICE CHARGE SUMMARY

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 14 |
| Deposits / Credits | 0 |
| Deposited Items | 0 |
| **Transaction Total** | **14** |

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee | $12.00 |


## SERVICE CHARGE SUMMARY *(continued)*

| SERVICE FEE CALCULATION | AMOUNT |
|---|---|
| Service Fee Credit | $0.00 |
| **Net Service Fee** | **$12.00** |
| Excessive Transaction Fees (Above 200) | $0.00 |
| **Total Service Fees** | **$12.00** |

# Law Offices of Donald Hudspeth, PC
## Profit & Loss
### May 2010

|  | May 10 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| 4100 · Legal Fees Earned | 40,222.17 |
| **Total Income** | 40,222.17 |
| **Gross Profit** | 40,222.17 |
| **Expense** | |
| 6115 · Bank Service Charges | 27.00 |
| 6143 · Computer Expense | 1,063.91 |
| 6147 · Credit Card Merchant Charges | 995.01 |
| 6149 · Client Costs | 644.13 |
| 6180 · Insurance | 787.50 |
| 6255 · Postage and Delivery | 31.57 |
| 6275 · Professional Fees *(Incl. $143 CR)* | 1,413.56 |
| 6280 · Filing Fees & Publications | 220.00 |
| 6283 · Business Meetings/Meals | 28.00 |
| 6285 · Research | 384.00 |
| 6310 · Office Expense | 1,636.61 |
| 6312 · Storage | 211.35 |
| 6320 · Telephone | 765.46 |
| 6560 · Payroll Expenses | 102.04 |
| 6562 · Payroll | 21,498.92 |
| 6820 · Payroll Taxes | 1,644.67 |
| **Total Expense** | 31,453.73 |
| **Net Ordinary Income** | 8,768.44 |
| **Other Income/Expense** | |
| **Other Expense** | |
| 8200 · Other Expense | 0.00 |
| **Total Other Expense** | 0.00 |
| **Net Other Income** | 0.00 |
| **Net Income** | 8,768.44 |

# Law Offices of Donald Hudspeth, PC
## Profit & Loss Budget vs. Actual
### May 2010

| | May 10 | Budget | $ Over Budget | % of Budget |
|---|---|---|---|---|
| **Ordinary Income/Expense** | | | | |
| **Income** | | | | |
| 4100 · Legal Fees Earned | 40,222.17 | 36,732.00 | 3,490.17 | 109.5% |
| **Total Income** | 40,222.17 | 36,732.00 | 3,490.17 | 109.5% |
| **Gross Profit** | 40,222.17 | 36,732.00 | 3,490.17 | 109.5% |
| **Expense** | | | | |
| 6100 · Advertising Expense | 0.00 | 10.00 | -10.00 | 0.0% |
| 6115 · Bank Service Charges | 27.00 | 27.00 | 0.00 | 100.0% |
| 6125 · Books & Library | 0.00 | 83.00 | -83.00 | 0.0% |
| 6130 · Car/Truck Expense | | | | |
| 6136 · Registration & License | 0.00 | 0.00 | 0.00 | 0.0% |
| **Total 6130 · Car/Truck Expense** | 0.00 | 0.00 | 0.00 | 0.0% |
| 6143 · Computer Expense | 1,063.91 | 439.00 | 624.91 | 242.3% |
| 6147 · Credit Card Merchant Charges | 995.01 | 564.00 | 431.01 | 176.4% |
| 6149 · Client Costs | 644.13 | 495.00 | 149.13 | 130.1% |
| 6155 · Dues and Subscriptions | 0.00 | 0.00 | 0.00 | 0.0% |
| 6156 · Education Expense | 0.00 | 25.00 | -25.00 | 0.0% |
| 6180 · Insurance | | | | |
| 6184 · Auto Insurance | 0.00 | 0.00 | 0.00 | 0.0% |
| 6186 · Professional Liability Ins | 787.50 | 214.00 | 573.50 | 368.0% |
| 6188 · General Liability- Office Lease | 0.00 | 108.00 | -108.00 | 0.0% |
| 6189 · Worker's Compensation | 0.00 | 56.00 | -56.00 | 0.0% |
| **Total 6180 · Insurance** | 787.50 | 378.00 | 409.50 | 208.3% |
| 6250 · Marketing-Business Promotion | 0.00 | 1,494.00 | -1,494.00 | 0.0% |
| 6255 · Postage and Delivery | 31.57 | 250.00 | -218.43 | 12.6% |
| 6270 · Process Service Fees | 0.00 | 200.00 | -200.00 | 0.0% |
| 6275 · Professional Fees | | | | |
| Dues | 0.00 | 47.00 | -47.00 | 0.0% |
| 6276 · Legal Fees - Expense | 1,413.56 | 416.00 | 997.56 | 339.8% |
| 6277 · Accounting Fees | 102.04 | 334.00 | -231.96 | 30.6% |
| 6278 · Recruiting/Placement Fees | 0.00 | 0.00 | 0.00 | 0.0% |
| **Total 6275 · Professional Fees** | 1,515.60 | 797.00 | 718.60 | 190.2% |
| 6280 · Filing Fees & Publications | 220.00 | 420.00 | -200.00 | 52.4% |
| 6283 · Business Meetings/Meals | 28.00 | 100.00 | -72.00 | 28.0% |
| 6285 · Research | 384.00 | 384.00 | 0.00 | 100.0% |
| 6295 · Rent | 0.00 | 3,170.00 | -3,170.00 | 0.0% |
| 6310 · Office Expense | 1,636.61 | 792.00 | 844.61 | 206.6% |
| 6312 · Storage | 211.35 | 134.00 | 77.35 | 157.7% |
| 6320 · Telephone | 765.46 | 480.00 | 285.46 | 159.5% |
| 6560 · Payroll Expenses | 0.00 | 102.00 | -102.00 | 0.0% |
| 6562 · Payroll | 21,498.92 | 21,273.00 | 225.92 | 101.1% |
| 6820 · Payroll Taxes | 1,644.67 | 1,627.00 | 17.67 | 101.1% |
| 6970 · Utilities | 0.00 | 100.00 | -100.00 | 0.0% |
| **Total Expense** | 31,453.73 | 33,344.00 | -1,890.27 | 94.3% |
| **Net Ordinary Income** | 8,768.44 | 3,388.00 | 5,380.44 | 258.8% |
| **Other Income/Expense** | | | | |
| **Other Expense** | | | | |
| 8200 · Other Expense | | | | |
| 8203 · Loan Expense | 0.00 | | | |
| 8200 · Other Expense - Other | 0.00 | 0.00 | 0.00 | 0.0% |
| **Total 8200 · Other Expense** | 0.00 | 0.00 | 0.00 | 0.0% |
| **Total Other Expense** | 0.00 | 0.00 | 0.00 | 0.0% |
| **Net Other Income** | 0.00 | 0.00 | 0.00 | 0.0% |
| **Net Income** | 8,768.44 | 3,388.00 | 5,380.44 | 258.8% |

# Law Offices of Donald Hudspeth, PC
## Account QuickReport
### May 2010

| Type | Date | Num | Name | Memo | Split | Amount |
|------|------|-----|------|------|-------|--------|
| **4100 · Legal Fees Earned** | | | | | | |
| Deposit | 5/3/2010 | Phon... | Garrow, David 10010 | Payment on ... | 1106 · Chase-... | 4,729.19 |
| Deposit | 5/4/2010 | #9258 | Fuentes, Carolina 1... | Flat Fee for l... | 1106 · Chase-... | 500.00 |
| Deposit | 5/5/2010 | 1722 | WH Pingree Compa... | Fees Earned-... | 1106 · Chase-... | 247.60 |
| Deposit | 5/5/2010 | 1723 | Espinal, Jose  09180 | Fees Earned-... | 1106 · Chase-... | 409.40 |
| Deposit | 5/5/2010 | 1724 | Windswept Organix ... | Fees Earned-... | 1106 · Chase-... | 503.17 |
| Deposit | 5/5/2010 | 1725 | JG Staffing, Inc 100... | Fees Earned-... | 1106 · Chase-... | 5,383.79 |
| Deposit | 5/5/2010 | 1726 | Torres & Vega 10030 | Fees Earned-... | 1106 · Chase-... | 1,883.42 |
| Deposit | 5/5/2010 | 1727 | Reyes, Brenda 10042 | Fees Earned-... | 1106 · Chase-... | 2,179.78 |
| Deposit | 5/5/2010 | 1728 | Emil, Evan & Tyler ... | Fees Earned-... | 1106 · Chase-... | 1,995.00 |
| Deposit | 5/5/2010 | 2170 | Vanlake, Paul 08119 | Payment on ... | 1106 · Chase-... | 72.00 |
| Deposit | 5/5/2010 | Email... | Hann, Brenda 10034 | Payment on I... | 1106 · Chase-... | 2,500.00 |
| Deposit | 5/5/2010 | Email... | Hann, Brenda 10038 | Payment on I... | 1106 · Chase-... | 1,457.09 |
| Deposit | 5/7/2010 | #3155 | Thompson, James ... | Flat Fee: Me... | 1106 · Chase-... | 1,000.00 |
| Deposit | 5/12/2010 | 1083 | Tree Your World 09... | Payment-Tre... | 1106 · Chase-... | 126.70 |
| Deposit | 5/12/2010 | 1730 | Espinal, Jose  09180 | Trust Transf... | 1106 · Chase-... | 715.60 |
| Deposit | 5/12/2010 | Phon... | Garrow, David 10010 | Replacement... | 1106 · Chase-... | 8,349.30 |
| Deposit | 5/12/2010 | Phon... | Garrow, David 10010 | Payment on I... | 1106 · Chase-... | 2,312.09 |
| Deposit | 5/14/2010 | 928 | LazyTown 10056 | FF Payment... | 1106 · Chase-... | 500.00 |
| Deposit | 5/14/2010 | #1519 | McCormack, Jason ... | Flat Fee: Dra... | 1106 · Chase-... | 550.00 |
| Deposit | 5/14/2010 | #5668 | Moritz Enterprises L... | Flat Fee: Neg... | 1106 · Chase-... | 1,499.00 |
| Deposit | 5/17/2010 | Cash | Joy, Jo Ann | Jo Ann Joy/P... | 1106 · Chase-... | 500.00 |
| Check | 5/19/2010 | 1164 | David J. Booth - Ca... | Payment Ref... | 1106 · Chase-... | -8,349.30 |
| Deposit | 5/19/2010 | 1731 | Torres & Vega 10030 | Trust Transfe... | 1106 · Chase-... | 22.50 |
| Deposit | 5/19/2010 | 1732 | Luster, Lacheris & ... | Trust Transfe... | 1106 · Chase-... | 400.35 |
| Deposit | 5/19/2010 | 1733 | Thompson, James ... | Trust Transfe... | 1106 · Chase-... | 351.62 |
| Deposit | 5/19/2010 | 1734 | Jones, Carl 09181 | Trust Transfe... | 1106 · Chase-... | 209.70 |
| Deposit | 5/19/2010 | 1735 | Reyes, Brenda 10042 | Trust Transfe... | 1106 · Chase-... | 2,202.04 |
| Deposit | 5/19/2010 | 1736 | Sorensen, Randy J... | Trust Transfe... | 1106 · Chase-... | 1,105.00 |
| Deposit | 5/19/2010 | 1737 | Emil, Evan & Tyler ... | Trust Transfe... | 1106 · Chase-... | 472.50 |
| Deposit | 5/19/2010 | 1738 | JG Staffing, Inc 100... | Trust Transfe... | 1106 · Chase-... | 4,811.51 |
| Deposit | 5/19/2010 | 1739 | Windswept Organix ... | Trust Transfe... | 1106 · Chase-... | 389.60 |
| Deposit | 5/19/2010 | #0676 | Emil, Evan & Tyler ... | Form LLC: O... | 1106 · Chase-... | 475.00 |
| Deposit | 5/19/2010 | #8186 | Emil, Evan & Tyler ... | Form LLC: O... | 1106 · Chase-... | 475.00 |
| Deposit | 5/20/2010 | 308 | McCormack, Jason ... | FF:  Buy-Sell ... | 1106 · Chase-... | 1,250.00 |
| Deposit | 5/20/2010 | #9528 | Fuentes, Carolina 1... | Flat Fee: $50... | 1106 · Chase-... | 250.00 |
| Check | 5/21/2010 | 1167 | Arizona Bar Founda... | Reconciliatio... | 1106 · Chase-... | -3,000.00 |
| Deposit | 5/26/2010 | 1740 | Cellular Solutions, L... | Trust Transf.... | 1106 · Chase-... | 124.80 |
| Deposit | 5/26/2010 | 1741 | Espinal, Jose  09179 | Trust Transt.... | 1106 · Chase-... | 106.30 |
| Deposit | 5/26/2010 | 1169 | Koerner, Daniel 100... | Payment on ... | 1106 · Chase-... | 12.42 |
| Deposit | 5/26/2010 | Phon... | Tri Star Systems In... | Flat Fee. Tri ... | 1106 · Chase-... | 1,500.00 |
| Total 4100 · Legal Fees Earned | | | | | | 40,222.17 |
| **TOTAL** | | | | | | **40,222.17** |

# Law Offices of Donald Hudspeth, PC
## Balance Sheet
### As of May 31, 2010

|  | May 31, 10 |
|---|---:|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 1106 · Chase-OPERATING (Checking) 3989 | 9,257.65 |
| 1107 · Chase - PAYROLL (Checking) 4326 | 36.12 |
| 1108 · Chase - TAX (Saving)  3451 | 79.48 |
| **Total Checking/Savings** | 9,373.25 |
| **Other Current Assets** | |
| 1400 · Loan Receivable Officer | 10,671.46 |
| **Total Other Current Assets** | 10,671.46 |
| **Total Current Assets** | 20,044.71 |
| **Fixed Assets** | |
| 1500 · Furniture & Fixtures | 96,839.96 |
| 1550 · Office Art | 13,407.00 |
| 1600 · Lease Improvement | 9,382.40 |
| 1650 · Machinery &  Equipment | 101,660.23 |
| 1700 · Vehicles | 35,430.00 |
| 1800 · Accumulated Depreciation | -235,337.17 |
| **Total Fixed Assets** | 21,382.42 |
| **Other Assets** | |
| 1900 · Impound Deposits | 755.63 |
| 1950 · Organizational Costs | 330.70 |
| 1960 · Amortization Accum | -330.70 |
| **Total Other Assets** | 755.63 |
| **TOTAL ASSETS** | **42,182.76** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Other Current Liabilities** | |
| 2001 · Account Payable Sylvia La Mar | 5,695.95 |
| 2009 · Account Payable Lupe M. Jasso | 1,844.82 |
| 2100 · FICA & Fed. Withholding Payable | 1,567.44 |
| 2110 · AZ Withholding Payable | 1,468.54 |
| 2502 · Note Payable - Lupe Marie Jasso | 4,177.36 |
| **Total Other Current Liabilities** | 14,754.11 |
| **Total Current Liabilities** | 14,754.11 |
| **Total Liabilities** | 14,754.11 |
| **Equity** | |
| 3000 · Don Hudspeth Capital | 5,228.76 |
| 3100 · Distributions | -41,487.09 |
| 3900 · Retained Earnings | 50,428.52 |
| Net Income | 13,258.46 |
| **Total Equity** | 27,428.65 |
| **TOTAL LIABILITIES & EQUITY** | **42,182.76** |