Andrew M. Ellis (SBN 018326)
Physical: 4340 E Indian School Rd Ste 21-234
Mailing: PO Box 16272
Phoenix, AZ 85011-6272
(602) 524-8911
Andrew.Ellis@azbar.org
Attorneys for Debtor

# IN THE UNITED STATES BANKRUPTCY COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>LAW OFFICES OF DONALD W. HUDSPETH, P.C.,<br><br>Debtor. | Chapter 11<br><br>Case No. 2:09-bk-30000-CGC<br><br>**OBJECTION TO MOTION AND NOTICE OF RULE 2004 EXAMINATION** |

The debtor, through counsel, hereby objects to the Motion for FRBP 2004 Examination (document no. 41) and Notice of Rule 2004 Examination (document no. 42) filed by Biltmore Legal Consultants. Only the Court may order the examination of an entity pursuant to FRBP Rule 2004. Therefore, the above-referenced Motion and Notice were improperly filed and must be denied.

WHEREFORE, the debtor prays the Court enter an Order denying the Motion for FRBP 2004 Examination.

DATED: October 27, 2010.

/S/ AME018326
Andrew M. Ellis
Attorney for Debtor

ORIGINAL filed electronically with the United States Bankruptcy Court, District of Arizona, on October 27, 2010 and a copy e-mailed or mailed this same day to:

RICHARD J. CUELLAR
ric.j.cuellar@usdoj.gov
Trial Attorney for U.S. Trustee

Christopher D. Payne
christopher.payne@azbar.org

Attorney for Biltmore Legal Consultants

By: /s/ Clare Y. Green